# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: BERMUDEZ, IVAN                                         Case No. 12-14003
                                                              Chapter   7
_____,
                  Debtor

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 13 of the United States Bankruptcy Code was filed on April 05, 2012.   The case was converted to one under Chapter 7 on April 08, 2014.  The undersigned trustee was appointed on April 10, 2014.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of         $            9,000.00

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Bank service fees | 35.83 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]   $ | 8,964.17 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed.  The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category.  The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 11/21/2014 and the deadline for filing governmental claims was 11/21/2014. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,650.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,650.00, for a total compensation of $1,650.00.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $226.79, for total expenses of $226.79.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/29/2015    By: /s/DEBORAH K. EBNER, Trustee
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 12-14003  
**Case Name:** BERMUDEZ, IVAN  

**Period Ending:** 04/29/15

**Trustee:** (330480) DEBORAH K. EBNER, Trustee  
**Filed (f) or Converted (c):** 04/08/14 (c)  
**§341(a) Meeting Date:** 05/14/14  
**Claims Bar Date:** 11/21/14

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 3601 N Drake, Chicago, IL 60618 | 71,333.50 | 0.00 | | 0.00 | FA |
| 2 | Vacant Lot: 2443 W 34th Place, Chicago, IL 60608 | 2,000.00 | 9,000.00 | | 9,000.00 | FA |
| 3 | Used Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Pension-Cook County Retirement Pension Fund | 700,000.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets** Totals (Excluding unknown values) | **$773,933.50** | **$9,000.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claim objection fand motion to abandon have been filed and scheduled for 3/12/15; Debtor obtaining tax returns so Lois can file Estate tax returns

Trustee has received an offer of purchase in the amount of $9,000.00 for her right title and interest in the transferred assets. Trustee awaits firm documentation of hte offer and will thereafter notice up for court approval.

**Initial Projected Date Of Final Report (TFR):**   December 31, 2017   **Current Projected Date Of Final Report (TFR):**   December 31, 2017

Printed: 04/29/2015 01:31 AM    V.13.23

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-14003  
**Case Name:** BERMUDEZ, IVAN  

**Taxpayer ID #:** **-***3027  
**Period Ending:** 04/29/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5466 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/15 | {2} | Dennis A. Bermudez | Right Title & Interest | 1110-000 | 9,000.00 | | 9,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.06 | 8,977.94 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 8,964.17 |
| | | | **ACCOUNT TOTALS** | | 9,000.00 | 35.83 | **$8,964.17** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 9,000.00 | 35.83 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$9,000.00** | **$35.83** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | 9,000.00 | 35.83 | 8,964.17 |
| | **$9,000.00** | **$35.83** | **$8,964.17** |

{} Asset reference(s)

Printed: 04/29/2015 01:31 AM  V.13.23

Printed: 04/29/15 01:32 AM  **Claims Distribution Register**  Page: 1

**Case: 12-14003  BERMUDEZ, IVAN**

| Claim # | Date | Pri | Claimant / Proof / \<Category\> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|

**Admin Ch. 7 Claims:**

| | 04/08/14 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2200-00  Trustee Expenses\> | 226.79 | 226.79 | 0.00 | 226.79 | 226.79 |
| | 04/08/14 | 200 | DEBORAH K. EBNER, Trustee<br>11 EAST ADAMS STREET<br>SUITE 904<br>CHICAGO, IL 60603<br>\<2100-00  Trustee Compensation\> | 1,650.00 | 1,650.00 | 0.00 | 1,650.00 | 1,650.00 |
| | 04/08/14 | 200 | Popowcer Katten<br>35 East Wacker Drive Suite 1550<br>Chicago, IL 60601<br>\<3410-00  Accountant for Trustee Fees (Other Firm)\> | 750.00 | 750.00 | 0.00 | 750.00 | 750.00 |
| | 04/08/14 | 200 | Deborah K. Ebner, ESQ.<br>11 East Adams Suite 904<br>Chicago, IL 60603<br>\<3110-00  Attorney for Trustee Fees (Trustee Firm)\> | 2,403.50 | 2,403.50 | 0.00 | 2,403.50 | 2,403.50 |
| | 04/08/14 | 200 | Clerk, US Bankruptcy Court<br>219 South Dearborn Street<br>Chicago, IL 60604<br>\<2700-00  Clerk of the Court Costs (includes adversary and other filing fees)\><br>Filing Fee for 363 Motion deferred per Order of Coury dated 12/16/14. Payment of $176.00 now due. | 176.00 | 176.00 | 0.00 | 176.00 | 176.00 |
| | | | **Total for Priority 200:    100% Paid** | **$5,206.29** | **$5,206.29** | **$0.00** | **$5,206.29** | **$5,206.29** |
| | | | **Total for Admin Ch. 7 Claims:** | **$5,206.29** | **$5,206.29** | **$0.00** | **$5,206.29** | **$5,206.29** |

**Unsecured Claims:**

| 1 | 04/17/12 | 810 | Palisades Collections, LLC<br>Vativ Recovery Solutions LLC, dba SMC,<br>Houston, TX 77240-0728<br>\<7100-00  General Unsecured § 726(a)(2)\> | 10,805.93 | 10,805.93 | 0.00 | 10,805.93 | 171.71 |
| 2 | 04/30/12 | 810 | Quantum3 Group LLC as agent for<br>MOMA Funding LLC<br>PO Box 788<br>Kirkland, WA 98083<br>\<7100-00  General Unsecured § 726(a)(2)\> | 371.24 | 371.24 | 0.00 | 371.24 | 5.90 |
| 3 | 04/30/12 | 810 | Time Warner Cable<br>Falls Collection Svc<br>P O Box 668<br>Germantown, WI 53022-0668<br>\<7100-00  General Unsecured § 726(a)(2)\> | 161.01 | 161.01 | 0.00 | 161.01 | 2.56 |

Printed: 04/29/15 01:32 AM                  **Claims Distribution Register**                        Page: 2

### Case: 12-14003    BERMUDEZ, IVAN

| Claim # | Date | Pri | Claimant / Proof / <Category> / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---|---|---|---|---|
| 4 | 05/08/12 | 810 | PEOPLES GAS LIGHT AND COKE CO<br>130 E RANDOLPH DRIVE<br>CHICAGO, IL 60601<br><7100-00   General Unsecured § 726(a)(2)> | 493.49 | 493.49 | 0.00 | 493.49 | 7.84 |
| 5 | 05/09/12 | 810 | FIA CARD SERVICES, N.A.<br>PO Box 15102<br>Wilmington, DE 19886-5102<br><7100-00   General Unsecured § 726(a)(2)> | 6,124.29 | 6,124.29 | 0.00 | 6,124.29 | 97.31 |
| 6 | 05/21/12 | 810 | MOST FUNDING II LLC<br>c o Jefferson Capital Systems LLC<br>PO BOX 7999<br>Saint Cloud, MN 56302-9617<br><7100-00   General Unsecured § 726(a)(2)> | 234.69 | 234.69 | 0.00 | 234.69 | 3.73 |
| 7 | 05/29/12 | 810 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083<br><7100-00   General Unsecured § 726(a)(2)> | 1,623.76 | 1,623.76 | 0.00 | 1,623.76 | 25.80 |
| 8 | 07/05/12 | 810 | American InfoSource LP as agent for<br>InSolve Recovery, LLC<br>PO Box 269093<br>Oklahoma City, OK 73126-9093<br><7100-00   General Unsecured § 726(a)(2)> | 2,336.34 | 2,336.34 | 0.00 | 2,336.34 | 37.12 |
| 9 | 07/20/12 | 810 | Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1,PO Box 4457<br>Houston, TX 77210<br><7100-00   General Unsecured § 726(a)(2)> | 805.22 | 805.22 | 0.00 | 805.22 | 12.79 |
| 10 | 07/30/12 | 810 | American InfoSource LP as agent for<br>Midland Funding LLC<br>PO Box 268941<br>Oklahoma City, OK 73126-8941<br><7100-00   General Unsecured § 726(a)(2)> | 1,946.62 | 1,946.62 | 0.00 | 1,946.62 | 30.93 |
| 11 | 08/07/12 | 810 | JPMorgan Chase Bank NA<br>Chase Records Center<br>Attn Correspondence Mail,700 Kansas Lane<br>Monroe, LA 71203<br><7100-00   General Unsecured § 726(a)(2)><br>Mortgage reclassified from secured to unsecured per court Order of March 12, 2015. | 208,481.95 | 208,481.95 | 0.00 | 208,481.95 | 3,312.76 |
| 12 | 10/22/12 | 810 | CitiFinancial Services, Inc.<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042<br><7100-00   General Unsecured § 726(a)(2)> | 1,498.87 | 1,498.87 | 0.00 | 1,498.87 | 23.82 |
| 13 | 09/09/14 | 810 | PYOD, LLC its successors and assigns<br>as assignee<br>of Washington Mutual Bank, NA<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602<br><7100-00   General Unsecured § 726(a)(2)> | 1,611.47 | 1,611.47 | 0.00 | 1,611.47 | 25.61 |

Printed: 04/29/15 01:32 AM  **Claims Distribution Register**  Page: 3

**Case: 12-14003 BERMUDEZ, IVAN**

| Claim # | Date | Pri | Claimant / Proof / &lt;Category&gt; / Memo | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment |
|---|---|---|---|---:|---:|---:|---:|---:|
| NOTFILED | 04/05/12 | 810 | Hsbc/Carsn<br>Po Box 15524<br>Wilmington, DE 19850<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 04/05/12 | 810 | Enhancrcvrco<br>8014 Bayberry Rd<br>Jacksonville, FL 32256<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 04/05/12 | 810 | Victor Mitry<br>2426 N Campbell Ave<br>Chicago, IL 60647<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| NOTFILED | 04/05/12 | 810 | Target Nb C/O Target Credit Services<br>Minneapolis, MN 55440-0673<br>&lt;7100-00 General Unsecured § 726(a)(2)&gt; | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | **Total for Priority 810: 1.58899% Paid** | **$236,494.88** | **$236,494.88** | **$0.00** | **$236,494.88** | **$3,757.88** |
| | | | **Total for Unsecured Claims:** | **$236,494.88** | **$236,494.88** | **$0.00** | **$236,494.88** | **$3,757.88** |
| | | | **Total for Case :** | **$241,701.17** | **$241,701.17** | **$0.00** | **$241,701.17** | **$8,964.17** |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 12-14003
Case Name: BERMUDEZ, IVAN
Trustee Name: DEBORAH K. EBNER, Trustee

**Balance on hand:** $ 8,964.17

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 8,964.17

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 226.79 | 0.00 | 226.79 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,403.50 | 0.00 | 2,403.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 750.00 | 0.00 | 750.00 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

Total to be paid for chapter 7 administration expenses: $ 5,206.29
Remaining balance: $ 3,757.88

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 3,757.88

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 3,757.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 236,494.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Palisades Collections, LLC | 10,805.93 | 0.00 | 171.71 |
| 2 | Quantum3 Group LLC as agent for | 371.24 | 0.00 | 5.90 |
| 3 | Time Warner Cable | 161.01 | 0.00 | 2.56 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 493.49 | 0.00 | 7.84 |
| 5 | FIA CARD SERVICES, N.A. | 6,124.29 | 0.00 | 97.31 |
| 6 | MOST FUNDING II LLC | 234.69 | 0.00 | 3.73 |
| 7 | Capital One Bank (USA), N.A. | 1,623.76 | 0.00 | 25.80 |
| 8 | American InfoSource LP as agent for | 2,336.34 | 0.00 | 37.12 |
| 9 | Midland Funding LLC | 805.22 | 0.00 | 12.79 |
| 10 | American InfoSource LP as agent for | 1,946.62 | 0.00 | 30.93 |
| 11 | JPMorgan Chase Bank NA | 208,481.95 | 0.00 | 3,312.76 |
| 12 | CitiFinancial Services, Inc. | 1,498.87 | 0.00 | 23.82 |
| 13 | PYOD, LLC its successors and assigns as assignee | 1,611.47 | 0.00 | 25.61 |

| | | Total to be paid for timely general unsecured claims: | $ | 3,757.88 |
|---|---|---|---|---|
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |
| | | Total to be paid for subordinated claims: | $ | 0.00 |
| | | Remaining balance: | $ | 0.00 |

**UST Form 101-7-TFR (05/1/2011)**