# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BERMUDEZ, IVAN    §   Case No. 12-14003
                         §
                         §
Debtor(s)                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that DEBORAH K. EBNER, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
   219 S. Dearborn St., 7th Floor, Chicago, IL 60604

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 06/30/2015 in Courtroom 682, United States Courthouse, 219 S. Dearborn St., 7th Floor, Chicago, IL 60604.
   If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

   Date Mailed: 05/19/2015    By: /s/DEBORAH K. EBNER
                                                Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL 60603
(312) 922-3838

**UST Form 101-7-NFR (10/1/2010)**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: BERMUDEZ, IVAN § Case No. 12-14003
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---:|
| *The Final Report shows receipts of* | $ 9,000.00 |
| *and approved disbursements of* | $ 35.83 |
| *leaving a balance on hand of* [1] | $ 8,964.17 |
| **Balance on hand:** | $ 8,964.17 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

| | |
|---:|---:|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 8,964.17 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - DEBORAH K. EBNER, Trustee | 1,650.00 | 0.00 | 1,650.00 |
| Trustee, Expenses - DEBORAH K. EBNER, Trustee | 226.79 | 0.00 | 226.79 |
| Attorney for Trustee, Fees - Deborah K. Ebner, ESQ. | 2,403.50 | 0.00 | 2,403.50 |
| Accountant for Trustee, Fees - Popowcer Katten | 750.00 | 0.00 | 750.00 |
| Charges, U.S. Bankruptcy Court | 176.00 | 0.00 | 176.00 |

| | |
|---:|---:|
| Total to be paid for chapter 7 administration expenses: | $ 5,206.29 |
| Remaining balance: | $ 3,757.88 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 3,757.88 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | Total to be paid for priority claims: | $ | 0.00 |
|---|---|---|---|
| | Remaining balance: | $ | 3,757.88 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 236,494.88 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Palisades Collections, LLC | 10,805.93 | 0.00 | 171.71 |
| 2 | Quantum3 Group LLC as agent for | 371.24 | 0.00 | 5.90 |
| 3 | Time Warner Cable | 161.01 | 0.00 | 2.56 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 493.49 | 0.00 | 7.84 |
| 5 | FIA CARD SERVICES, N.A. | 6,124.29 | 0.00 | 97.31 |
| 6 | MOST FUNDING II LLC | 234.69 | 0.00 | 3.73 |
| 7 | Capital One Bank (USA), N.A. | 1,623.76 | 0.00 | 25.80 |
| 8 | American InfoSource LP as agent for | 2,336.34 | 0.00 | 37.12 |
| 9 | Midland Funding LLC | 805.22 | 0.00 | 12.79 |
| 10 | American InfoSource LP as agent for | 1,946.62 | 0.00 | 30.93 |

**UST Form 101-7-NFR (10/1/2010)**

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | JPMorgan Chase Bank NA | 208,481.95 | 0.00 | 3,312.76 |
| 12 | CitiFinancial Services, Inc. | 1,498.87 | 0.00 | 23.82 |
| 13 | PYOD, LLC its successors and assigns as assignee | 1,611.47 | 0.00 | 25.61 |

Total to be paid for timely general unsecured claims: $ 3,757.88
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/DEBORAH K. EBNER, Trustee
Trustee

DEBORAH K. EBNER, Trustee
11 EAST ADAMS STREET
SUITE 904
CHICAGO, IL  60603
(312) 922-3838

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  Case No. 12-14003-JBS
Ivan Bermudez  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1　　　User: esullivan　　　Page 1 of 2　　　Date Rcvd: May 21, 2015
　　　　　　　　　　　　Form ID: pdf006　　　Total Noticed: 30

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2015.
```
db           +Ivan Bermudez,    3601 N. Drake Ave,     Chicago, IL 60618-4224
18891143    ++BANK OF AMERICA,    PO BOX 982238,     EL PASO TX 79998-2238
              (address filed with court: FIA CARD SERVICES, N.A.,    PO Box 15102,
              Wilmington, DE 19886-5102)
18740385     +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
18740386    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18964864      Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
18740387     +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
19594608      CitiFinancial Services, Inc.,    P.O. Box 6042,    Sioux Falls, SD 57117-6042
18740388     +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
19172527      Fmci Mass Market,    PO BOX 3243,    Bloomington, IL 61702-3243
18740391    ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850)
19288802     +JPMorgan Chase Bank NA,    Chase Records Center,    Attn Correspondence Mail,    700 Kansas Lane,
              Monroe, LA 71203-4774
18740393     +Maria D Bermudez,    2331 N Campbell,    Chicago, IL 60647-3150
18740394     +Mci,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
18882348     +PEOPLES GAS LIGHT AND COKE CO,    130 E RANDOLPH DRIVE,    CHICAGO, IL 60601-6207
18740396     +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
18740397      Target Nb,    C/O Target Credit Services,    Minneapolis, MN 55440-0673
18854863      Time Warner Cable,    Falls Collection Svc,    P O Box 668,    Germantown, WI 53022-0668
18948476     +Victor Mitry,    2426 N Campbell Ave,    Chicago, IL 60647-1913
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19120613      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2015 00:23:36
              American InfoSource LP as agent for,    InSolve Recovery, LLC,    PO Box 269093,
              Oklahoma City, OK 73126-9093
19248330      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2015 00:23:36
              American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
              Oklahoma City, OK 73126-8941
18740389     +E-mail/Text: bknotice@erccollections.com May 22 2015 00:20:59      Enhancrcvrco,
              8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18740390     +E-mail/Text: admin@fcs2collect.com May 22 2015 00:22:08       Fincntrl Svc,
              P O Box 668 N114 W19225 Clinton,    Germantown, WI 53022-0668
18935407      E-mail/Text: Bankruptcy@jcap.com May 22 2015 00:21:15       MOST FUNDING II LLC,
              c o Jefferson Capital Systems LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-9617,
              Orig By: AT&T MIDWEST
18740392     +E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2015 00:23:07       Lvnv Funding Llc,
              Po Box 740281,    Houston, TX 77274-0281
20370673      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 22 2015 00:23:25       Midland Funding LLC,
              by American InfoSource LP as agent,    Attn: Department 1,    PO Box 4457,
              Houston, TX 77210-4457
22367617     +E-mail/PDF: resurgentbknotifications@resurgent.com May 22 2015 00:23:35
              PYOD, LLC its successors and assigns as assignee,    of Washington Mutual Bank, NA,
              Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
18740395     +E-mail/Text: ebn@vativrecovery.com May 22 2015 00:20:33       Palisades Collection,
              210 Sylvan Ave,    Englewood, NJ 07632-2524
18781589      E-mail/Text: ebn@vativrecovery.com May 22 2015 00:20:33       Palisades Collections, LLC,
              Vativ Recovery Solutions LLC, dba SMC,    As Agent For Palisades Collections, LLC,
              PO Box 40728,    Houston, TX 77240-0728
19662448      E-mail/Text: bnc-quantum@quantum3group.com May 22 2015 00:20:48
              Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
18852312     ++E-mail/Text: bncmail@w-legal.com May 22 2015 00:21:03       TARGET NATIONAL BANK,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18948463*    +Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
18948464*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
              (address filed with court: Cap One,    Po Box 85520,    Richmond, VA 23285)
18948465*    +Chase,   Po Box 901039,    Fort Worth, TX 76101-2039
18948466*    +Citifinancial,    300 Saint Paul Pl,    Baltimore, MD 21202-2120
18948467*    +Enhancrcvrco,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
18948468*    +Fincntrl Svc,    P O Box 668 N114 W19225 Clinton,    Germantown, WI 53022-0668
18948469*   ++HSBC BANK,    ATTN BANKRUPTCY DEPARTMENT,    PO BOX 5213,    CAROL STREAM IL 60197-5213
              (address filed with court: Hsbc/Carsn,    Po Box 15524,    Wilmington, DE 19850)
18948470*    +Lvnv Funding Llc,    Po Box 740281,    Houston, TX 77274-0281
18948471*    +Maria D Bermudez,    2331 N Campbell,    Chicago, IL 60647-3150
18948472*    +Mci,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
18948473*    +Palisades Collection,    210 Sylvan Ave,    Englewood, NJ 07632-2524
18948474*    +Peoplesene,    130 E. Randolph Drive,    Chicago, IL 60601-6207
18948475*     Target Nb,    C/O Target Credit Services,    Minneapolis, MN 55440-0673
                                                                                   TOTALS: 0, * 13, ## 0
```

```
District/off: 0752-1          User: esullivan            Page 2 of 2             Date Rcvd: May 21, 2015
                              Form ID: pdf006            Total Noticed: 30
```

          ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2015                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 19, 2015 at the address(es) listed below:

              Deborah   Kanner Ebner     dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner     on behalf of Trustee Deborah  Kanner Ebner dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah   Kanner Ebner     on behalf of Accountant Lois  West dkebner@debnertrustee.com,
               IL53@ecfcbis.com;webmaster@debnertrustee.com;DKEbner@debnertrustee.com;sbutz@deborahebnerlaw.com;
               admin.assistant@debnertrustee.com
              Deborah K Ebner     on behalf of Trustee Deborah  Kanner Ebner dkebner@deborahebnerlaw.com,
               sbutz@deborahebnerlaw.com;webmaster@debnertrustee.com;lizd@deborahebnerlaw.com
              Janna L Quarless     on behalf of Debtor Ivan  Bermudez jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Michael A Miller     on behalf of Debtor Ivan  Bermudez mmiller@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William J Weiler     on behalf of Debtor Ivan  Bermudez jweiler@robertjsemrad.com,
               rjscourtdocs@gmail.com
                                                                                             TOTAL: 8