**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  BERMUDEZ, IVAN                                    Case No.  12-14003-JBS

                                                          Chapter   7

_____ ,
                        Debtor

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    DEBORAH K. EBNER, Trustee, chapter 7 trustee, submits this Final Account,
Certification that the Estate has been Fully Administered and Application to be Discharged.


    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report
and, if applicable, any order of the Court modifying the Final Report. The case is fully
administered and all assets and funds which have come under the trustee's control in this case
have been properly accounted for as provided by law. The trustee hereby requests to be
discharged from further duties as a trustee.


    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims
discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $771,933.50 | Assets Exempt:  $700,600.00 |
| *(without deducting any secured claims)* | |
| Total Distribution to Claimants:$3,757.88 | Claims Discharged |
| | Without Payment: $235,298.00 |
| Total Expenses of Administration:$5,242.12 | |

    3)  Total gross receipts of $       9,000.00      (see **Exhibit 1** ), minus funds paid to the debtor
and third parties of $         0.00      (see **Exhibit 2**), yielded net receipts of  $9,000.00
from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 5,242.12 | 5,242.12 | 5,242.12 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 212,601.00 | 236,494.88 | 236,494.88 | 3,757.88 |
| **TOTAL DISBURSEMENTS** | $212,601.00 | $241,737.00 | $241,737.00 | $9,000.00 |

4)  This case was originally filed under Chapter 7 on April 05, 2012. The case was pending for 19 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6)  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/26/2015          By: /s/DEBORAH K. EBNER, Trustee
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 ‒GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Vacant Lot: 2443 W 34th Place, Chicago, IL 60608 | 1110-000 | 9,000.00 |
| **TOTAL GROSS RECEIPTS** | | $9,000.00 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 ‒FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $0.00 |

## EXHIBIT 3 ‒SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 ‒CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DEBORAH K. EBNER, Trustee | 2100-000 | N/A | 1,650.00 | 1,650.00 | 1,650.00 |
| DEBORAH K. EBNER, Trustee | 2200-000 | N/A | 226.79 | 226.79 | 226.79 |
| Deborah K. Ebner, ESQ. | 3110-000 | N/A | 2,403.50 | 2,403.50 | 2,403.50 |
| Popowcer Katten | 3410-000 | N/A | 750.00 | 750.00 | 750.00 |
| Clerk, US Bankruptcy Court | 2700-000 | N/A | 176.00 | 176.00 | 176.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | | 10.00 | 10.00 | 10.00 |
| Rabobank, N.A. | 2600-000 | N/A | | 12.06 | 12.06 | 12.06 |
| Rabobank, N.A. | 2600-000 | N/A | | 13.77 | 13.77 | 13.77 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $5,242.12 | $5,242.12 | $5,242.12 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Palisades Collections, LLC | 7100-000 | 11,293.00 | 10,805.93 | 10,805.93 | 171.71 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 371.24 | 371.24 | 5.90 |
| 3 | Time Warner Cable | 7100-000 | 161.00 | 161.01 | 161.01 | 2.56 |
| 4 | PEOPLES GAS LIGHT AND COKE CO | 7100-000 | 572.00 | 493.49 | 493.49 | 7.84 |
| 5 | FIA CARD SERVICES, N.A. | 7100-000 | 6,124.00 | 6,124.29 | 6,124.29 | 97.31 |
| 6 | MOST FUNDING II LLC | 7100-000 | N/A | 234.69 | 234.69 | 3.73 |
| 7 | Capital One Bank (USA), N.A. | 7100-000 | 1,609.00 | 1,623.76 | 1,623.76 | 25.80 |
| 8 | American InfoSource LP as agent for | 7100-000 | 2,179.00 | 2,336.34 | 2,336.34 | 37.12 |
| 9 | Midland Funding LLC | 7100-000 | 837.00 | 805.22 | 805.22 | 12.79 |
| 10 | American InfoSource LP as agent for | 7100-000 | N/A | 1,946.62 | 1,946.62 | 30.93 |
| 11 | JPMorgan Chase Bank NA | 7100-000 | 186,354.00 | 208,481.95 | 208,481.95 | 3,312.76 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12 | CitiFinancial Services, Inc. | 7100-000 | 911.00 | 1,498.87 | 1,498.87 | 23.82 |
| 13 | PYOD, LLC its successors and assigns as assignee | 7100-000 | N/A | 1,611.47 | 1,611.47 | 25.61 |
| NOTFILED | Victor Mitry | 7100-000 | 560.00 | N/A | N/A | 0.00 |
| NOTFILED | Hsbc/Carsn | 7100-000 | 1,327.00 | N/A | N/A | 0.00 |
| NOTFILED | Target Nb C/O Target Credit Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Enhancrcvrco | 7100-000 | 674.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $212,601.00 | $236,494.88 | $236,494.88 | $3,757.88 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-14003-JBS　　　　　　　　　**Trustee:**　(330480)　　DEBORAH K. EBNER, Trustee
**Case Name:**　BERMUDEZ, IVAN　　　　　　　**Filed (f) or Converted (c):**　04/08/14 (c)
　　　　　　　　　　　　　　　　　　　　　　**§341(a) Meeting Date:**　05/14/14
**Period Ending:** 10/26/15　　　　　　　　　　**Claims Bar Date:**　11/21/14

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 3601 N Drake, Chicago, IL 60618 | 71,333.50 | 0.00 | | 0.00 | FA |
| 2 | Vacant Lot: 2443 W 34th Place, Chicago, IL 60608 | 2,000.00 | 9,000.00 | | 9,000.00 | FA |
| 3 | Used Furniture | 400.00 | 0.00 | | 0.00 | FA |
| 4 | Used Clothes | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Pension-Cook County Retirement Pension Fund | 700,000.00 | 0.00 | | 0.00 | FA |
| 5 | **Assets**　**Totals** (Excluding unknown values) | **$773,933.50** | **$9,000.00** | | **$9,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Claim objection fand motion to abandon have been filed and scheduled for 3/12/15; Debtor obtaining tax returns so Lois can file Estate tax returns

Trustee has received an offer of purchase in the amount of $9,000.00 for her right title and interest in the transferred assets. Trustee awaits firm documentation of hte offer and will thereafter notice up for court approval.

Per tc with Alex at BMS banking who states that the 12.44 refund is being processed today. (July 1, 2015)

**Initial Projected Date Of Final Report (TFR):**　December 31, 2017　　　　**Current Projected Date Of Final Report (TFR):**　May 14, 2015 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 12-14003-JBS

**Case Name:** BERMUDEZ, IVAN

**Taxpayer ID #:** **-***3027

**Period Ending:** 10/26/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)

**Bank Name:** Rabobank, N.A.

**Account:** ******5466 - Checking Account

**Blanket Bond:** $5,000,000.00  (per case limit)

**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 01/14/15 | {2} | Dennis A. Bermudez | Right Title & Interest | 1110-000 | 9,000.00 | | 9,000.00 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 8,990.00 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.06 | 8,977.94 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 13.77 | 8,964.17 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.89 | 8,951.28 |
| 05/19/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.89 | 8,964.17 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 12.44 | 8,951.73 |
| 06/30/15 | 101 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $226.79, Trustee Expenses;  Reference: | 2200-000 | | 226.79 | 8,724.94 |
| 06/30/15 | 102 | DEBORAH K. EBNER, Trustee | Dividend paid 100.00% on $1,650.00, Trustee Compensation;  Reference: | 2100-000 | | 1,650.00 | 7,074.94 |
| 06/30/15 | 103 | Popowcer Katten | Dividend paid 100.00% on $750.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 750.00 | 6,324.94 |
| 06/30/15 | 104 | Deborah K. Ebner, ESQ. | Dividend paid 100.00% on $2,403.50, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 2,403.50 | 3,921.44 |
| 06/30/15 | 105 | Clerk, US Bankruptcy Court | Dividend paid 100.00% on $176.00, Clerk of the Court Costs (includes adversary and other filing fees); Reference: CLERK OF  COURT | 2700-000 | | 176.00 | 3,745.44 |
| 06/30/15 | 106 | Palisades Collections, LLC | Dividend paid  1.58% on $10,805.93; Claim# 1; Filed: $10,805.93; Reference: | 7100-000 | | 171.71 | 3,573.73 |
| 06/30/15 | 107 | Quantum3 Group LLC as agent for | Dividend paid  1.58% on $371.24; Claim# 2; Filed: $371.24; Reference: | 7100-000 | | 5.90 | 3,567.83 |
| 06/30/15 | 108 | Time Warner Cable | Dividend paid  1.58% on $161.01; Claim# 3; Filed: $161.01; Reference: Stopped on 10/08/15 | 7100-000 | | 2.56 | 3,565.27 |
| 06/30/15 | 109 | PEOPLES GAS LIGHT AND COKE CO | Dividend paid  1.58% on $493.49; Claim# 4; Filed: $493.49; Reference: Stopped on 10/08/15 | 7100-000 | | 7.84 | 3,557.43 |
| 06/30/15 | 110 | FIA CARD SERVICES, N.A. | Dividend paid  1.58% on $6,124.29; Claim# 5; Filed: $6,124.29; Reference: | 7100-000 | | 97.31 | 3,460.12 |
| 06/30/15 | 111 | MOST FUNDING II LLC | Dividend paid  1.58% on $234.69; Claim# 6; Filed: $234.69; Reference: | 7100-000 | | 3.73 | 3,456.39 |
| 06/30/15 | 112 | Capital One Bank (USA), N.A. | Dividend paid  1.58% on $1,623.76; Claim# 7; Filed: $1,623.76; Reference: | 7100-000 | | 25.80 | 3,430.59 |
| 06/30/15 | 113 | American InfoSource LP as agent for | Dividend paid  1.58% on $2,336.34; Claim# 8; Filed: $2,336.34; Reference: | 7100-000 | | 37.12 | 3,393.47 |

Subtotals :                    $9,000.00        $5,606.53

{} Asset reference(s)

Printed: 10/26/2015 01:34 PM     V.13.23

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 12-14003-JBS
**Case Name:** BERMUDEZ, IVAN

**Taxpayer ID #:** **-***3027
**Period Ending:** 10/26/15

**Trustee:** DEBORAH K. EBNER, Trustee (330480)
**Bank Name:** Rabobank, N.A.
**Account:** ******5466 - Checking Account
**Blanket Bond:** $5,000,000.00  (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 06/30/15 | 114 | Midland Funding LLC | Dividend paid   1.58% on $805.22; Claim# 9; Filed: $805.22; Reference: | 7100-000 | | 12.79 | 3,380.68 |
| 06/30/15 | 115 | American InfoSource LP as agent for | Dividend paid   1.58% on $1,946.62; Claim# 10; Filed: $1,946.62; Reference: | 7100-000 | | 30.93 | 3,349.75 |
| 06/30/15 | 116 | JPMorgan Chase Bank NA | Dividend paid   1.58% on $208,481.95; Claim# 11; Filed: $208,481.95; Reference: | 7100-000 | | 3,312.76 | 36.99 |
| 06/30/15 | 117 | CitiFinancial Services, Inc. | Dividend paid   1.58% on $1,498.87; Claim# 12; Filed: $1,498.87; Reference: | 7100-000 | | 23.82 | 13.17 |
| 06/30/15 | 118 | PYOD, LLC its successors and assigns as assignee | Dividend paid   1.58% on $1,611.47; Claim# 13; Filed: $1,611.47; Reference: | 7100-000 | | 25.61 | -12.44 |
| 07/07/15 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -12.44 | 0.00 |
| 10/08/15 | 108 | Time Warner Cable | Dividend paid   1.58% on $161.01; Claim# 3; Filed: $161.01; Reference: Stopped: check issued on 06/30/15 | 7100-000 | | -2.56 | 2.56 |
| 10/08/15 | 109 | PEOPLES GAS LIGHT AND COKE CO | Dividend paid   1.58% on $493.49; Claim# 4; Filed: $493.49; Reference: Stopped: check issued on 06/30/15 | 7100-000 | | -7.84 | 10.40 |
| 10/08/15 | 119 | Clerk of US Bankruptcy Court | Claim number 3 - Time Warner | 7100-000 | | 2.56 | 7.84 |
| 10/08/15 | 120 | Clerk Of US Bankruptcy Court | Claim of People's Gas & Light | 7100-000 | | 7.84 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 9,000.00 | 9,000.00 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 9,000.00 | 9,000.00 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$9,000.00** | **$9,000.00** | |

| **TOTAL - ALL ACCOUNTS** | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******5466** | **9,000.00** | **9,000.00** | **0.00** |
| | **$9,000.00** | **$9,000.00** | **$0.00** |

{} Asset reference(s)

Printed: 10/26/2015 01:34 PM    V.13.23